**Order entered March 6, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00927-CV

### JASON MICHAEL SPENCER, Appellant

### V.

### DEXTRAL CAPITAL, LP, A DELAWARE LIMITED PARTNERSHIP AND DEXTRAL CAPITAL MANAGEMENT FUND, LP, A DELAWARE LIMITED PARTNERSHIP, Appellee

### On Appeal from the 134th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. 11-15530

## ORDER

The reporter's record in this appeal is several months overdue. By letter dated February 6, 2014, court reporter Vielica Dobbins informed us that the delay was a result of "medical challenges" she has been having. She represented to the Court, however, that she had "hired help to catch up" and the record would be forthcoming.

Because the appeal cannot proceed without the reporter's record, we **ORDER** Ms. Dobbins, Official Court Reporter of the 134th Judicial District Court, to provide the contact information of the person she has hired to assist with the record. We further **ORDER** Ms.

Dobbins to file the record no later than March 21, 2014 and not sit as a court reporter until the record is filed.

We **DIRECT** the Clerk to send copies of this order by electronic transmission to (1) Ms. Dobbins; (2) the Honorable Dale Tillery, Presiding Judge of the 134th Judicial District Court; and (3) the parties.

.

/s/    ELIZABETH LANG-MIERS
JUSTICE